# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAK SUKYAS, et al., | ) | Case No. CV 15-1946 FMO (JCx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| ROMANIA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Pending Motions, issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for lack of subject matter jurisdiction. The parties shall bear their own fees and costs. Dated this 21st day of September, 2017.

/s/
Fernando M. Olguin
United States District Judge