JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAK SUKYAS, et al., | Case No. CV 15-1946 FMO (JCx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ROMANIA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Cross-Motions for Summary Judgment, issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned action is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 12th day of November, 2020.

/s/
Fernando M. Olguin
United States District Judge